IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGOBERTO GARCIA,<br><br>　　　　Movant,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent.<br>_____/ | No. CR 07-0806 CW<br><br>ORDER DENYING MOTION FOR RELIEF UNDER 28 U.S.C. § 2255<br>(Docket No. 86) |

Movant Dagoberto Garcia, proceeding pro se, has filed a "Motion to Prove Sixth Amendment Violations in Sentencing." The Court construes the motion as a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. This is the second § 2255 motion that Movant has filed. The previous motion was denied by the Court in an order dated April 10, 2013.

Under § 2255(h):

> A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain--
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense;  or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255(h).

This motion is Movant's second motion under § 2255, and it has not been certified by a panel of the Ninth Circuit.

Accordingly, the motion is DISMISSED.

IT IS SO ORDERED.

Dated: 11/27/2013

CLAUDIA WILKEN
United States District Judge